| | |
|---|---|
| 1  PAUL ANTHONY MARTIN | FILED |
| Acting United States Attorney | |
| 2  District of Arizona | 2021 APR -7 PM 5: 24 |
| 3  ERICA L. SEGER | CLERK US DISTRICT COURT |
| Assistant U.S. Attorney | DISTRICT OF ARIZONA |
| 4  Arizona State Bar No. 022681 | |

PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona

ERICA L. SEGER
Assistant U.S. Attorney
Arizona State Bar No. 022681
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: erica.seger@usdoj.gov
Attorneys for Plaintiff

CR21-00615 TUC-SHR(DTF)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

                Plaintiff,

vs.

Oscar Jesus Carranza-Contreras,

                Defendant.

No.

**INDICTMENT**

VIO: 18 U.S.C. §§ 922(o) and 924(a)(2)
(Possession of Machineguns)
Count 1

**THE GRAND JURY CHARGES:**

### COUNT 1

On about July 25, 2020, in the District of Arizona, Defendant OSCAR JESUS CARRANZA-CONTRERAS did knowingly possess and transfer machineguns, that is: three conversion sears, which are designed and intended solely and exclusively for use in converting a weapon into a machinegun.

//

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

A TRUE BILL
/S/

FOREPERSON OF THE GRAND JURY
Date: April 7, 2021

PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/S/

ERICA L. SEGER
Assistant U.S. Attorney